UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
        Plaintiff,

            v.                                  Case No.   2:11cr35(1)
                                            Judge Michael H. Watson
Todd Allen Lamb,
        Defendant.

**CRIMINAL SENTENCING MINUTES
before
Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date:  **July 10, 2014**    Time**:  Commenced   2:00 p.m.   Concluded 5:30 p.m.   Total 3 ½ hours**

United States Attorney:   Dale Williams/Deborah Sanders   Defendant Attorney:   John Rion/Jon Paul Rion

        __x____ Dft plead to Counts 7 and 11 of Superseding Indictment
        __x_ Motion filed by USAO to dismiss Counts 8,9,10 and 12 of Superseding Indictment

*Procedure*:

__x___ Sentencing
_____ Deft Sworn
_____ Supervised Release Violation hearing held.
__x___ PSI reviewed by the parties.
__x___ No Objections   _____ Objections ___ Plaintiff ___Defendant
__x___ Considered for sentencing (___ letter(s) from _____ ; ___ sentencing memo from _____;
      ___ other _____
_____ Motion filed by USA for downward departure. _____ Side bar held. _____Court ordered in open Court _____
__x___ Informed of Defendant's Right to Appeal
_____ Clerk to Prepare Appeal Notice

*Sentencing*:                                            _____ Fine $_____ (interest waived)
__x___ Defendant sentenced.                    __x___ Special Assessment $__200.00_____
_____ Probation _____ Years               __x___ Restitution $__TBD_____
__x___ Custody _____Months (remanded/vol sur.)
12 months and 1 day as to each count to run concurrently     _____ Forfeiture (see J&C)
__x___ Supervised Release ___3____Years (    Mo.)     _____ See J&C for Special Instructions re: payment
__x___ Standard/Special Conditions of Sup'd Rel/Probation     _____ Denial of Benefits (see J&C)

| _x____ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | _____No access to computer online service | __x___ Turn over financial info to USPO |
|---|---|---|---|
| _____No new lines of credit | _____Register as a sex offender | _____ Credit counseling | _____ Obtain GED |
| _____ Community Service (____ months) | _____ No alcohol | __x___ Mental Health Treatment | __x___ drug testing and treatment |
| _____IFRP | _____ 500 Hour Residential  Drug Treatment Program | _____ Non-Residential Drug Treatment Program | __x___ Court to recommend facility near Ohio |