# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.

: CRIMINAL NO: 2:11-CR-035(1)
: JUDGE WATSON

**TODD ALLEN LAMB**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

    Respectfully submitted,

    CARTER M. STEWART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    Office: (614) 469-5715
    Fax: (614) 469-5240
    E-mail: Deborah.Sanders@usdoj.gov

## **CERTIFICATE OF SERVICE**

      A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Todd Allen Lamb, 1415 Township Road 179, Bellefontaine, Ohio 43311, by first class mail, postage prepaid, this 9th day of July, 2014.

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)